**Order entered July 3, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00459-CV

### IN THE INTEREST OF C.E.W., A CHILD

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-56270-2011**

## ORDER

Before the Court is appellant's July 1, 2014 unopposed motion for extension of time to file brief. In the motion, appellant asks that the deadline for filing her brief be extended to August 11, 2014, explaining in part that the parties are awaiting a supplemental clerk's record that was requested June 25, 2014. Because appellant's briefing deadline is not triggered until the complete appellate record is filed, we **ORDER** Collin County District Clerk Andrea Stroh Thompson to file the supplemental clerk's record no later than July 11, 2014. We **GRANT** appellant's motion to the extent we **ORDER** appellant to file her brief within thirty days of the date the supplemental clerk's record is filed. *See* TEX. R. APP. P. 38.6(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Thompson and counsel for all parties.

/s/    ELIZABETH LANG-MIERS
       JUSTICE